**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

PEARCE & MORETTO, INC.,      )
                                 )
     Plaintiff,              )
                                 )
     v.                      )      C.A. No. N19L-06-090 SPL
                                 )
HYETT'S CORNER, LLC,         )
                                 )
     Defendants.        )

Submitted: November 8, 2023
Decided: November 9, 2023

*Order on Remand from the appeal of*
*Hyett's Corner, LLC, to the*
*Supreme Court of the State of Delaware*

**ORDER**

This 9th day of November 2023, this Court enters a corrected judgment consistent with the Supreme Court's October 24, 2023, Order and November 8, 2023, Mandate.

**BACKGROUND**

1. Following a three-day bench trial, this Court entered a verdict that "afforded some relief to both parties."[1] Hyett's Corner appealed, alleging six errors

---

[1] *Hyett's Corner, LLC v. Pearce & Moretto, Inc.,* 2023 WL 6995388, at \*1 (Del. Oct. 24, 2023); *Pearce & Moretto, Inc., v. Hyett's Corner, LLC,* 2022 WL 17986631 (Del. Super. Ct. Dec. 22, 2022).

1

by this Court. The Delaware Supreme Court found "only the sixth has merit."[2]

2. The Supreme Court concluded "that part of the $27,788.64 award to Hyett's Corner was incorrectly calculated."[3] That Court found that "because of inconsistency and errors," this Court's award for seeding and mulching was not reasonable and directed that this award be recalculated by "multiplying the relevant contract price and its proper unit of measure ($0.26 per square yard) with the proper area (44,383 square yards)."[4] This calculation yields an award of $11,539.58 and "brings the total of both awards in Hyett's Corner's favor to $31,804.22."[5]

3. Consistent with the Delaware Supreme Court's Order remanding this matter for entry of a corrected judgement, this Court's December 22, 2022, Order is hereby corrected to reflect an award of damages to Hyett's Corner in the amount of $31,804.22.

**IT IS SO ORDERED.**

_____
Sean P. Lugg, Judge

---

[2] *Hyett's Corner, LLC,* 2023 WL 6995388, at *1.

[3] *Id.* at *3.

[4] *Id.* (internal citation omitted).

[5] *Id.*